The People of the State of New York, Respondent,
against
Ashley Quintero, Appellant. 




Ashley Quintero, appellant pro se.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of the Justice Court of the Village of Briarcliff Manor, Westchester County (Howard T. Code, J.), rendered October 18, 2017. The judgment, after a nonjury trial, convicted defendant of failing to stop at a stop sign.




ORDERED that the judgment of conviction is affirmed.
Following a nonjury trial, defendant was convicted of violating Vehicle and Traffic Law § 1172 (a), which provides that "every driver of a vehicle approaching a stop sign shall stop at a clearly marked stop line." Defendant contends that she did, in fact, stop at the stop line and that it was impossible for the police officer who issued her the ticket to see the stop line from where he claims to have observed her.
In conducting an independent review of the weight of the evidence (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342 [2007]), we accord great deference to the factfinder's opportunity to view the witnesses, hear their testimony, observe their demeanor, and assess their credibility (see People v Lane, 7 NY3d 888, 890 [2006]; People v Mateo, 2 NY3d 383, 410 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]). As defendant gave a different account of [*2]the events from that presented by the complaining police officer, the issue presented was primarily one of credibility. Upon our review of the record, we find that the judgment convicting defendant of failing to stop at a stop sign was not against the weight of the evidence (see People v Yeroushalmi, 47 Misc 3d 154[A], 2015 NY Slip Op 50821[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2015]).
Accordingly, the judgment of conviction is affirmed.
RUDERMAN, J.P., TOLBERT and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 08, 2019